# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ERWIN,<br><br>    Plaintiff,<br><br>v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00050-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>(ECF Nos. 10, 11) |

    Plaintiff Joey Erwin, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 5, 2018, the magistrate judge filed a findings and recommendations recommending that certain claims be dismissed for failure to state a claim. The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. On May 2, 2018, Plaintiff filed a notice informing the Court that he wished to proceed on the claims found to be cognizable in the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed April 5, 2018, is ADOPTED IN FULL;
2. This action shall proceed on Plaintiff's first amended complaint, filed March 26, 2018, against Defendants Ahlin and Price in their official capacity for a condition of confinement and deprivation of property claim based on the ban on ownership of electronic devices and items;
3. All other claims are dismissed for failure to state a claim;
4. Plaintiff's request for declaratory relief is dismissed; and
5. The matter is referred back to the magistrate judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **May 7, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE