# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ERWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00050-LJO-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANTS' ANSWER TO COMPLAINT<br><br>(ECF No. 25) |

　　　Plaintiff Joey Erwin, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2018, Defendants Ahlin and Price filed an answer to Plaintiff's first amended complaint. Plaintiff filed an opposition to the answer on September 19, 2018. (ECF No. 25.)

　　　Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Fed. R. Civ. P. 7(a). Because the Court did not order Plaintiff to reply to Defendant's answer, Plaintiff's reply is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __September 20, 2018__　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1