# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY ERWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00050-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S *EX PARTE* MOTION TO DISMISS<br><br>TEN-DAY DEADLINE |

Plaintiff Joey Erwin, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on January 11, 2018. (ECF No. 1.) This action is currently proceeding on the first amended complaint, filed March 26, 2018, against Defendants Pam Ahlin and Brandon Price. (ECF Nos. 9, 12.) Defendants filed an answer to the complaint on August 30, 2018. (ECF No. 21.) On January 24, 2019, Plaintiff filed an *ex parte* motion to dismiss this action. (ECF No. 35.)

Defendants are HEREBY ORDERED to file a response to Plaintiff's *ex parte* motion to dismiss within **ten (10) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**January 29, 2019**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1